MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
malarie@atllp.com

*Attorneys for Defendant Wyndham Consumer Finance, Inc.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| EVELYN JONES,<br><br>  Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, ET AL.<br><br>  Defendants. | Case No.: 2:21-cv-02080-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT WYNDHAM CONSUMER FINANCE, INC.'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendant, Wyndham Consumer Finance, Inc. ("Wyndham"), by and through its counsel, Armstrong Teasdale LLP, and Plaintiff Evelyn Jones, ("Plaintiff"), by and through her counsel, Kind Law and Freedom Law Firm, hereby agree and stipulate, subject to this Court's approval, to extend the deadline for Wyndham to answer or otherwise respond to the Complaint by thirty (30) days, or from December 20, 2021, to January 19, 2022.  This is the first request to extend this particular deadline.

On November 20, 2021, Plaintiff filed a Complaint against Wyndham among others asserting a claim for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681.  (ECF No. 1).  Wyndham was served with the Summons and Complaint on November 30, 2021.  Therefore, Wyndham's deadline to answer or otherwise respond to the Complaint is December 20, 2021.

Good cause exists to extend the deadline for Wyndham to respond to the Complaint by 30 days, or to January 19, 2022.  Wyndham is in the process of identifying information and documents relevant to Plaintiff and the allegations in the lawsuit in order to prepare its response to the Complaint, including requesting additional identifying information from Plaintiff.  As such,

1

Wyndham requires more time to respond to the Complaint. Plaintiff does not object to a 30-day extension of the response deadline. The parties believe that this first extension will not unduly delay proceedings as this case as it is still in its infancy and no scheduling order is currently in place. This stipulation is entered into in good faith and is not filed for improper purposes.

Accordingly, the parties request that this Court enter and order extending Wyndham's deadline to answer or otherwise respond to the Complaint by 30 days, or to January 19, 2022.

DATED this 14th day of December, 2021.   DATED this 14th day of December, 2021.

**KIND LAW**   **ARMSTRONG TEASDALE LLP**

By:   */s/ Michael Kind*   By:   */s/ Michelle D. Alarie*
   MICHAEL KIND, ESQ.      MICHELLE D. ALARIE, ESQ.
   Nevada Bar No. 13903      Nevada Bar No. 11894
   8860 South Maryland Parkway, Suite 106      3770 Howard Hughes Parkway, Suite 200
   Las Vegas, Nevada 89123      Las Vegas, Nevada 89169

   GEORGE HAINES, ESQ.      *Attorneys for Defendant Wyndham*
   Nevada Bar NO. 9411      *Consumer Finance, Inc.*
   GERARDO AVALOS, ESQ.
   Nevada Bar No. 15171
   FREEDOM LAW FIRM
   8985 S. Eastern Avenue, Suite 350
   Las Vegas, Nevada 89123

   *Attorneys for Plaintiff Evelyn Jones*

### Order

IT IS SO ORDERED

DATED: 4:57 pm, December 15, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE