1

GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

9

10

| EVELYN JONES, | ) | **Case No. 2:21-cv-02080-RFB-BNW** |
|---|---|---|

11

Plaintiff,

12

vs.

13

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS,
INC.; TRANS UNION LLC; ENHANCED
RESOURCE CENTERS DBA ERCAD;
SPECIALIZED LOAN SERVICING LLC;
and WYNDHAM CONSUMER FINANCE,
INC.,

14

15

16

17

**JOINT MOTION FOR EXTENSION OF
TIME FOR DEFENDANT EQUIFAX
INFORMATION SERVICES LLC TO
FILE ANSWER**

**FIRST REQUEST**

18

Defendants.

19

       Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

20

time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

21

no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED

22

to by and among counsel, that Defendant Equifax Information Services LLC's time to answer,

23

move or otherwise respond to the Complaint in this action is extended from December 21, 2021

24

through and including **January 20, 2022**.  The request was made by Equifax so that it can have an

25

opportunity to collect and review its internal files pertaining to the allegations in the

26

. . .

27

. . .

28

. . .

1  Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause

2  delay.

3          Respectfully submitted, this 16th day of December, 2021.

4

5  CLARK HILL PLLC                                 *Services LLC*
                                                     **_No opposition_**
6  By: /s/Gia N. Mariana
   Gia N. Marina                                    /s/Michael Kind
7  Nevada Bar No. 15276                             Michael Kind, Esq.
   3800 Howard Hughes Pkwy,                         Nevada Bar No. 13903
8  Suite 500                                        KIND LAW
   Las Vegas, NV 89169                              8860 South Maryland Parkway, Suite 106
9  Tel: (702) 862-8300                              Las Vegas, NV 89123
   Fax: (702) 862-8400                              Phone: (702) 337-2322
10 Email: gmarina@clarkhill.com                     Fax: (702) 329-5881
                                                     Email: mk@kindlaw.com
11 *Attorney for Defendant Equifax Information*
                                                     George Haines, Esq.
12                                                   Nevada Bar No. 9411
                                                     Gerardo Avalos, Esq.
13                                                   Nevada Bar No. 15171
                                                     HAINES & KRIEGER, LLC
14                                                   8985 S. Eastern Ave., Suite 350
                                                     Henderson, NV 89123
15                                                   Phone: (702) 880-5554
                                                     Fax: (702) 385-5518
16

17

18                                                   *Attorneys for Plaintiff*

19

20 IT IS SO ORDERED:

21

22 _____
   United States Magistrate Judge

23

24 DATED:  12/17/2021 _____

25

26

27

28

- 2 -

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that a true and exact copy of the foregoing has been served this 16th day of

3   December, 2021, via CM/ECF, upon all counsel of record:

4

5                                                          By: /s/ Gia N. Marina

6                                                          Gia N. Marina
                                                           Nevada Bar No. 15276
7                                                          3800 Howard Hughes Pkwy, Suite 500
                                                           Las Vegas, NV 89169
8                                                          Tel: (702) 862-8300
                                                           Fax: (702) 862-8400
9                                                          Email: gmarina@clarkhill.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28