Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: mbacon@spencerfane.com

*Attorneys for Specialized Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVELYN JONES,<br><br>            Plaintiff,<br><br>      v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; ENHANCED RECOVERY COMPANY, LLC dba ENHANCED RESOURCE CENTERS dba ERCAD; SPECIALIZED LOAN SERVICING, LLC; AND WYNDHAM CONSUMER FINANCE, INC.,<br><br>            Defendants. | Case No. 2:21-cv-02080<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT SPECIALIZED LOAN SERVICING, LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

        Specialized Loan Servicing, LLC ("SLS"), by and through its counsel of record,

Spencer Fane LLP, and Evelyn Jones ("Plaintiff"), by and through her counsel of record,

Kind Law, hereby stipulate and agree to extend the time for Defendant to file a response to

/ / /

/ / /

1    Plaintiff's Complaint from December 20, 2021 to January 3, 2021.

2

3    Dated this 17th day of December, 2021.        Dated this 17th day of December, 2021.

4    **SPENCER FANE LLP**                            **KIND LAW**

5
     /s/ Mary E. Bacon                               /s/ Gerardo Avalos
6    Mary E. Bacon, Esq. (NV Bar No. 12686)          Michael Kind, Esq. (NV Bar No. 13903)
     300 S. Fourth Street, Suite 950                 8860 S. Maryland Parkway, Suite 106
7    Las Vegas, NV 89101                             Las Vegas, NV 89123
     *Attorneys for Specialized Loan Servicing,*
8    *LLC*                                           and

9                                                    George Haines, Esq. (NV Bar No. 9411)
                                                     Gerado Avalos, Esq. (NV Bar No. 15171)
10                                                   **FREEDOM LAW FIRM**
                                                     8985 S. Eastern Avenue, Suite 350
11                                                   Las Vegas, NV 89123
                                                     *Attorneys for Plaintiff*
12

13

14                            <u>**ORDER**</u>
                 IT IS ORDERED that ECF No. 15 is DENIED without
15           prejudice for failure to show good cause for the requested
             extension. If the parties refile their stipulation, they must
16           explain what good cause exists to grant the requested
             extension.
17

18                      **IT IS SO ORDERED**

                        **DATED:** 12:23 pm, December 20, 2021
19

20                      **BRENDA WEKSLER**
                        **UNITED STATES MAGISTRATE JUDGE**
21

22

23

24

25

26

27

28