Michael Kind, Esq.
Nevada Bar No. 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5581 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave, Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Counsel for Plaintiff Evelyn Jones*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Evelyn Jones,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Equifax Information Services LLC, Et al,<br><br>　　　　　　Defendants. | CASE NO.: 2:21-cv-02080-RFB-BNW |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR TRANSUNION TO ANSWER COMPLAINT**

Plaintiff Evelyn Jones ("Plaintiff") hereby files her Unopposed Motion for Extension of Time for Trans Union LLC ("Defendant") to Answer Complaint, and in support states:

1. Trans Union's responsive pleading is due on December 21, 2021.

2. Plaintiff and Trans Union are actively engaged in case-resolution negotiations.

3. Plaintiff does not oppose an extension of Trans Union's time to answer the Complaint so that the parties may devote their energies to resolving this matter. Plaintiff files this Motion consistent with its agreement with Trans Union and further files this motion respectfully

requesting the Court for an extension of time for Trans Union to file its responsive pleading for 30 days, to **January 20, 2022**.

4. The motion is filed in good faith and not for delay.
5. This is the first request for an extension of time for Trans Union to answer complaint and the requested extension does not prejudice the parties.
6. For the foregoing reasons, Plaintiff requests that the Court issue an order extending the date, to **January 20, 2022**, on which Trans Union must answer or otherwise respond to Plaintiff's Complaint.

**Dated:** December 20, 2021.

| | FREEDOM LAW FIRM |
|---|---|
| | By: /s/ Gerardo Avalos |
| | George Haines, Esq. |
| | Nevada Bar No. 9411 |
| | Gerardo Avalos, Esq. |
| | Nevada Bar No. 15171 |
| | 8985 S. Eastern Ave, Suite 350 |
| | Las Vegas, Nevada 89123 |
| | (702) 880-5554 |
| | (702) 385-5518 (fax) |
| | Ghaines@freedomlegalteam.com |
| | Gavalos@freedomlegalteam.com |
| | *Counsel for Plaintiff Evelyn Jones* |

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: December 21, 2021

2