Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: mbacon@spencerfane.com

*Attorneys for Specialized Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVELYN JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; ENHANCED RECOVERY COMPANY, LLC dba ENHANCED RESOURCE CENTERS dba ERCAD; SPECIALIZED LOAN SERVICING, LLC; AND WYNDHAM CONSUMER FINANCE, INC.,<br><br>　　　　Defendants. | Case No. 2:21-cv-02080-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT SPECIALIZED LOAN SERVICING, LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (\*REVISED\* FIRST REQUEST)** |

Specialized Loan Servicing, LLC ("SLS"), by and through its counsel of record, Spencer Fane LLP, and Evelyn Jones ("Plaintiff"), by and through her counsel of record, Kind Law, hereby stipulate and agree to extend the time for Defendant to file a response to

/ / /

/ / /

Plaintiff's Complaint from December 20, 2021 to January 3, 2022. Defendants' counsel was recently retained and is evaluating the facts and circumstances in this case to determine how to proceed.  This is Defendants' first request for an extension and Plaintiff has agreed to the extension of time and no parties will be prejudiced by the extension.

Further, excusable neglect exists to grant this stipulation because a previous version of this stipulation was submitted timely, on December 17, 2021. That stipulation was denied without prejudice on December 20, 2021 at 12:17 P.M. Undersigned counsel was not able to immediately review the denial. Upon reviewing the denial, undersigned counsel drafted a revised stipulation, received approval of the revised stipulation from opposing counsel and refiled the stipulation on December 21, 2021 at 1:19 P.M. (one day after the court denied the stipulation).

| Dated this 27th day of December, 2021. | Dated this 27th day of December, 2021. |
|---|---|
| **SPENCER FANE LLP** | **KIND LAW** |
| /s/ Mary E. Bacon<br>Mary E. Bacon, Esq. (NV Bar No. 12686)<br>300 S. Fourth Street, Suite 950<br>Las Vegas, NV 89101<br>*Attorneys for Specialized Loan Servicing, LLC* | /s/ Gerardo Avalos<br>Michael Kind, Esq. (NV Bar No. 13903)<br>8860 S. Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br><br>and<br><br>George Haines, Esq. (NV Bar No. 9411)<br>Gerado Avalos, Esq. (NV Bar No. 15171)<br>**FREEDOM LAW FIRM**<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>*Attorneys for Plaintiff* |

**ORDER**
**IT IS SO ORDERED**

**DATED:** 11:07 am, December 28, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**