Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: mbacon@spencerfane.com

*Attorneys for Specialized Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVELYN JONES,<br><br>            Plaintiff,<br><br>       v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; ENHANCED RECOVERY COMPANY, LLC dba ENHANCED RESOURCE CENTERS dba ERCAD; SPECIALIZED LOAN SERVICING, LLC; AND WYNDHAM CONSUMER FINANCE, INC.,<br><br>            Defendants. | Case No. 2:21-cv-02080<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT SPECIALIZED LOAN SERVICING, LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

Specialized Loan Servicing, LLC ("SLS" or "Defendant"), by and through its counsel of record, Spencer Fane LLP, and Evelyn Jones ("Plaintiff"), by and through her counsel of record, Kind Law, hereby stipulate and agree to extend the time for Defendant to file a response to Plaintiff's Complaint from January 3, 2022 to January 20, 2022. This is the parties' second request for an extension. The first request moved Defendant's response date from December 21, 2021 to January 3, 2022.

Since that time, Plaintiff's and Defendant's counsel have been working together to determine if early resolution of this case is a possibility. The parties are informally

exchanging documents and settlement demands in this matter to further that end. The holiday schedules of the parties and counsel made this process move more slowly than initially expected. Further, Plaintiff has agreed to the extension of time and no parties will be prejudiced by the extension. In fact, the Court has already granted an unopposed motion to move Trans Union, LLC's responsive pleading date to January 20, 2022. *See* Doc. No. 23. This extension brings Defendant's responsive pleading date in line with Trans Union, LLC's and allows the parties to focus their efforts on case resolution.

Dated this 3rd day of January, 2022.                Dated this 3rd day of January, 2022.

**SPENCER FANE LLP**                                **KIND LAW**

/s/ Mary Bacon                                      /s/ Gerardo Avalos
Mary E. Bacon, Esq. (NV Bar No. 12686)              Michael Kind, Esq. (NV Bar No. 13903)
300 S. Fourth Street, Suite 950                     8860 S. Maryland Parkway, Suite 106
Las Vegas, NV 89101                                 Las Vegas, NV 89123
*Attorneys for Specialized Loan Servicing, LLC*

and

George Haines, Esq. (NV Bar No. 9411)
Gerado Avalos, Esq. (NV Bar No. 15171)
**FREEDOM LAW FIRM**
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 6:07 pm, January 04, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**