GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EVELYN JONES,<br><br>  Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; ENHANCED RESOURCE CENTERS DBA ERCAD; SPECIALIZED LOAN SERVICING LLC; and WYNDHAM CONSUMER FINANCE, INC.,<br><br>  Defendants. | Case No. 2:21-cv-02080-RFB-BNW<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from January 20, 2022 through and including **February 21, 2022**.  The request was made by Equifax so that the parties may have

. . .

. . .

1  additional time to engage in settlement discussions, and Plaintiff approves.  This stipulation is
2  filed in good faith and not intended to cause delay.
3        Respectfully submitted, this 19th day of January, 2022.

5  CLARK HILL PLLC

6  By:  /s/Gia N. Marina
7  Gia N. Marina
   Nevada Bar No. 15276
8  3800 Howard Hughes Pkwy,
   Suite 500
9  Las Vegas, NV 89169
   Tel: (702) 862-8300
10 Fax: (702) 862-8400
   Email: gmarina@clarkhill.com
11
12 *Attorney for Defendant Equifax Information Services LLC*

*No opposition*

 /s/Michael Kind
Michael Kind, Esq.
Nevada Bar No. 13903
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
Phone: (702) 337-2322
Fax: (702) 329-5881
Email: mk@kindlaw.com

George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518

*Attorneys for Plaintiff*

21 IT IS SO ORDERED:

23 _____
   United States Magistrate Judge

24 DATED:  January 20, 2022

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 19th day of January, 2022, via CM/ECF, upon all counsel of record:

By: /s/Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: gmarina@clarkhill.com