MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
malarie@atllp.com

*Attorneys for Defendant Wyndham Consumer Finance, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVELYN JONES,<br><br>             Plaintiffs,<br><br>      vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, ET AL.<br><br>             Defendants. | Case No.:  2:21-cv-02080-RFB-BNW<br><br>**JOINT MOTION TO EXTEND DEFENDANT WYNDHAM CONSUMER FINANCE, INC.'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>**[THIRD REQUEST]** |

Defendant, Wyndham Consumer Finance, Inc. ("Wyndham"), by and through its counsel, Armstrong Teasdale LLP, and Plaintiff Evelyn Jones, ("Plaintiff"), by and through her counsel, Kind Law and Freedom Law Firm, hereby submit this Joint Motion requesting that this Court extend the deadline for Wyndham to answer or otherwise respond to the Complaint by another thirty (30) days, or from February 18, 2022, to March 21, 2022.  This is the third request to extend this particular deadline.

On November 20, 2021, Plaintiff filed a Complaint against Wyndham among others asserting a claim for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681.  (ECF No. 1).  Wyndham was served with the Summons and Complaint on November 30, 2021.  On December 15, 2021, and again on January 19, 2022, this Court approved 30-day extensions for Wyndham to respond to the Complaint, thereby making Wyndham's current deadline to answer or otherwise respond to the Complaint February 18, 2022. (ECF Nos. 13; 41).

Good cause exists to extend the deadline for Wyndham to respond to the Complaint by another 30 days, or to March 21, 2022.  Despite Wyndham's diligence to date, Wyndham's

1

investigation into the allegations of the Complaint is ongoing, including requesting certain documents from Plaintiff and other parties related to Plaintiff's identity and the alleged credit reporting and dispute. This information is critical for Wyndham to properly respond to the Complaint, and therefore, Wyndham requires additional time. In addition, Wyndham and Plaintiff continue to discuss a potential resolution of this action that would moot the need for Wyndham to file a response to the Complaint. For these reasons, Wyndham respectfully requests more time to respond to the Complaint. Plaintiff does not object to another 30-day extension of the response deadline. The parties believe that this third extension will not unduly delay proceedings as this case is still in its infancy, and the Scheduling Order was only recently entered on January 28, 2022. (ECF No. 44.) This joint motion is made in good faith and is not filed for improper purposes.

Accordingly, the parties request that this Court enter an order extending Wyndham's deadline to answer or otherwise respond to the Complaint by 30 days, or to March 21, 2022.

DATED this 16th day of February, 2022.    DATED this 16th day of February, 2022.

**KIND LAW**　　　　　　　　　　　　　　　　**ARMSTRONG TEASDALE LLP**

By: /s/Gerardo Avalos 　　　　　　　　By: /s/ Michelle D. Alarie
　　MICHAEL KIND, ESQ.　　　　　　　　　　MICHELLE D. ALARIE, ESQ.
　　Nevada Bar No. 13903　　　　　　　　　　　Nevada Bar No. 11894
　　8860 South Maryland Parkway, Suite 106　　3770 Howard Hughes Parkway, Suite 200
　　Las Vegas, Nevada 89123　　　　　　　　　Las Vegas, Nevada 89169

　　GEORGE HAINES, ESQ.　　　　　　　　　*Attorneys for Defendant Wyndham*
　　Nevada Bar NO. 9411　　　　　　　　　　*Consumer Finance, Inc.*
　　GERARDO AVALOS, ESQ.
　　Nevada Bar No. 15171
　　FREEDOM LAW FIRM
　　8985 S. Eastern Avenue, Suite 350
　　Las Vegas, Nevada 89123

*Attorneys for Plaintiff Evelyn Jones*

**ORDER**

**IT IS SO ORDERED.**

 _____
UNITED STATES MAGISTRATE JUDGE
DATED: February 17, 2022

2